**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF ALASKA**

In re:

EGAE, LLC,

           Debtor.

Chapter 11
Case No. 23-00169-GS

**ORDER CONFIRMING DEBTOR'S MODIFIED THIRD AMENDED PLAN OF REORGANIZATION DATED AUGUST 2, 2024**

<u>Confirmation Hearing</u>
DATE: August 20, 2024
TIME: 9:30 a.m.

On August 20, 2024, the court held a hearing on confirmation of the Debtor's Modified Third Amended Plan of Reorganization Dated August 2, 2024 (ECF No. 284) (Modified Plan). Appearances were as noted on the record. There being no objection to confirmation of Debtor's Modified Plan, and good cause appearing,

**IT IS HEREBY ORDERED** that the *Debtor's Modified Third Amended Plan of Reorganization Dated August 2, 2024* (ECF No. 284) be and is hereby CONFIRMED.

DATED: August 20, 2024

BY THE COURT:

/s/ Gary Spraker
GARY SPRAKER
United States Bankruptcy Judge

Serve: Debtor
       J. Smith, Esq.
       B. Yeung, Esq.
       J. Rizzardi, Esq.
       K. Evans, Esq.
       U.S. Trustee
       ECF Participants via NEF

1